United States District Court
Southern District of Texas
**ENTERED**
January 31, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| ELIZABETH BENAVIDES, § § Plaintiff, § v. § § ASI LLOYDS, § § Defendant. § § § | Case No. 5:16-cv-217 |

## ORDER OF DISMISSAL

The Parties have filed a joint Motion to Dismiss with Prejudice, informing the Court that they have settled the case. (Dkt. 9). The Motion is GRANTED, and the case is DISMISSED with prejudice.

DONE at Laredo, Texas, this 31st day of January, 2017.

_____
George P. Kazen
Senior United States District Judge